**S. BRETT SUTTON 143107**
**JARED HAGUE 251517**
**JOSEPH V. MACIAS 273168**
**SUTTON HAGUE LAW CORPORATION**
6715 N. Palm Avenue, Suite 216
Fresno, California  93704
Telephone: (559) 449-1888
Facsimile: (559) 449-0177

Attorneys for Plaintiffs:
Angela Cruz, Maria Madrigal,
Lourdes Baiz, and Christie Goodman

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * *

| | |
|---|---|
| ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE GOODMAN, individuals, residing in California,<br><br>        Plaintiff,<br><br>    vs.<br><br>MM879, INC., a corporation; BARRETT BUSINESS SERVICES, INC., a corporation; THE SERVICEMASTER COMPANY LLC, a limited liability company; MERRY MAIDS LP, a limited partnership; MM MAIDS LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 1:15-cv-01563-TLN-EPG<br><br>Judge: Hon. Troy L. Nunley<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION REGARDING PLAINTIFF'S FILING OF FIFTH AMENDED COMPLAINT AND DEFENDANTS' ANSWERS TO FIFTH AMENDED COMPLAINT AND ORDER**<br><br>Action Filed: April 6, 2011 |

Sutton Hague Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA 93704

1

JOINT STIPULATION RE PLAINTIFFS' FIFTH AMENDED COMPLAINT AND
DEFENDANTS' ANSWERS TO FIFTH AMENDED COMPLAINT AND ORDER

Plaintiffs ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE GOODMAN (collectively "PLAINTIFFS"), by and through their counsel of record, and Defendants MM879, INC., BARRETT BUSINESS SERVICES, INC., THE SERVICEMASTER COMPANY LLC, MERRY MAIDS LP, and MM MAIDS LLC (collectively "DEFENDANTS"), by and through their counsel of record, hereby stipulate and agree as follows:

### RECITALS AND JOINT STIPULATION

WHEREAS, PLAINTIFFS desire to file a Fifth Amended Complaint and have provided DEFENDANTS with a copy of the proposed Fifth Amended Complaint;

WHEREAS, counsel for PLAINTIFFS and DEFENDANTS have conferred in good faith;

NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. PLAINTIFFS' Fifth Amended Complaint will be deemed filed and served once the Court issues the order approving filing of the Fifth Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "A".

2. DEFENDANTS will file and serve their Answers to the Fifth Amended Complaint within thirty days following entry of the Court's order granting this joint stipulation.

DATED: March 18, 2016

    /s/ S. Brett Sutton
S. BRETT SUTTON
SUTTON HAGUE LAW CORPORATION
Attorneys for Plaintiffs
ANGELA CRUZ, MARIA MADRIGAL,
LOURDES BAIZ, and CHRISTIE GOODMAN

DATED: March 18, 2016

    /s/ Anthony P. Raimondo
ANTHONY P. RAIMONDO
RAIMONDO & ASSOCIATES
Attorneys for Defendant
MM879, INC.

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA 93704

2

JOINT STIPULATION RE PLAINTIFFS' FIFTH AMENDED COMPLAINT AND
DEFENDANTS' ANSWERS TO FIFTH AMENDED COMPLAINT AND ORDER

DATED: March 18, 2016

      /s/ David I. Dalby
DAVID I. DALBY
HINSHAW & CULBERTSON LLP
Attorneys for Defendant
BARRETT BUSINESS SERVICES, INC.

DATED: March 18, 2016

      /s/ Marlene S. Muraco
MARLENE S. MURACO
LITTLER MENDELSON, P.C.
Attorneys for Defendants
THE SERVICEMASTER COMPANY LLC,
MERRY MAIDS LP, MM MAIDS LLC

**ORDER**

Based on the above Stipulation of the Parties and good cause appearing therefor,

IT IS HEREBY ORDERED THAT PLAINTIFFS' **Fifth Amended Complaint shall be filed within ten (10) days of the issuance of this Order.**

IT IS HEREBY FURTHER ORDERED THAT DEFENDANTS shall file and serve their Answers to the Fifth Amended Complaint within thirty (30) days of the filing of the Fifth Amended Complaint.

Dated: March 18, 2016

_____
Troy L. Nunley
United States District Judge

Sutton Hague Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA 93704