UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA CRUZ, MARIA MADRIGAL LOURDES BAIZ and CHRISTIE GOODMAN, individuals, residing in California,<br><br>Plaintiffs,<br><br>v.<br><br>MM 879, INC., a corporation; BARRETT BUSINESS SERVICES, INC., a corporation; SERVICEMASTER COMPANY LLC., a corporation; MERRY MAIDS LIMITED PARTNERSHIP, a limited partnership; MERRY MAIDS LIMITED LIABILITY CORPORATION, a limited liability corporation, and DOES 1 through 98, inclusive,<br><br>Defendants. | Case No.  1:15-CV-01563-TLN-EPG<br><br>**ORDER ALLOWING ENLARGEMENT OF PAGE LIMITATIONS FOR BRIEFING REGARDING DEFENDANTS' SERVICEMASTER COMPANY LL, MERRY MAIDS LIMITED PARTNERSHIP AND MM MAIDS LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

Plaintiffs ANGELA CRUZ, MARIA MADRIGAL LOURDES BAIZ and CHRISTIE GOODMAN ("Plaintiffs") and Defendants THE SERVICEMASTER COMPANY LLC, MERRY MAIDS LIMITED PARTNERSHIP, AND MM MAIDS LLC ("Defendants") through their undersigned counsel, have stipulated as follows:

1.     Pursuant to this Court's Pretrial (Status) Scheduling Order, the Court places a page

1  limit on dispositive motions of 20 pages on all initial moving papers, and 20 pages on opposition.

2      2.    Pursuant to this Court's Case Management Procedures, the Court has authority to
3  relieve parties from the 20-page limit imposed on dispositive motions and oppositions.

4      3.    The parties, by and through their respective counsel, agree that due to the nature and
5  number of the claims at issue in Defendants' Motion for Summary Judgment, or in the Alternative,
6  Partial Summary Judgment, including disagreements over the proper application of the franchisor
7  liability theory described by the Supreme Court in *Patterson v. Domino's Pizza, LLC,* 60 Cal.4th 474
8  (2014), additional briefing beyond the limits in the Court's Pretrial (Status) Scheduling Order is
9  proper and necessary to fully brief the parties' respective facts and arguments.  The parties therefore
10 stipulate and agree as follows:

11     a)  Defendants' Motion for Summary Judgment, or in the Alternative, Partial
12     Summary Judgment may contain twenty-five (25) pages or less; and
13     b)  Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, or in
14     the Alternative, Partial Summary Judgment may twenty-five (25) pages or
15     less.

16 (Stipulation, ECF No. 109.)

17 The parties having so stipulated, and GOOD CAUSE APPEARING, IT IS HEREBY
18 ORDERED that:

19 Defendants THE SERVICEMASTER COMPANY LLC, MERRY MAIDS LIMITED
20 PARTNERSHIP, AND MM MAIDS LLC's Motion for Summary Judgment, or in the Alternative,
21 Partial Summary Judgment may contain twenty-five (25) pages or less; and

22 Plaintiffs' Opposition to that Motion may contain twenty-five (25) pages or less.

23

24 Dated: September 1, 2016

25

26

27                           Troy L. Nunley
                            United States District Judge
28