UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA CRUZ; MARIA MADRIGAL; LOURDES BAIZ; and CHRISTIE GOODMAN, individually, residing in California,<br><br>        Plaintiff,<br><br>   v.<br><br>MM 879, INC.,<br><br>        Defendant. | No.  1:15-cv-01563-TLN-EPG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN** |

This matter is before the Court on Plaintiffs' Motion for Approval of Class Notice Plan and Appointment of Class Notice Administrator. (ECF No. 168.)  This Court, having considered the documents filed in support of and in opposition to Plaintiffs' Motion as well as all arguments of counsel thereon, hereby GRANTS the Motion and adopts the following Notice Plan — with limited revisions — as the best notice practicable under the circumstances as required by Fed. R. Civ. P. 23(c).

**I.   NOTICE ADMINISTRATOR**

Phoenix Settlement Administrators is appointed as the Class Notice Administrator.

**II.   LETTER NOTICE**

Letter Notice will be sent by first class mail to all class members for whom Defendants

provide contact information.  The Class Notice Administrator will cross-reference all contact information for class members against change of address databases and initiate a good-faith search for the current address.  If a different address than the one provided by Defendants is found, the Class Notice Administrator shall mail the Notice to both the address provided by Defendants and the new address.  Letter Notice will disseminate within 21 days of entry of this Order.

The Letter Notice approved shall be in the form attached as Exhibit 4 to the Declaration of Brady Briggs, submitted concurrently with and in support of Plaintiffs' Motion.  **However, Plaintiffs shall revise the class notice to eliminate all references to now-terminated Defendants The ServiceMaster Company, LLC; Merry Maids, LP; MM Maids, LLC; and Barrett Business Services, Inc.**

### III.   OPT-OUT PERIOD

Class members will be given sixty (60) days from the initial mailing of the Class Notices to decide whether to opt out.  The Class Notice Administrator will include the date certain by which to opt out in the Class Notice at the time of mailing.

### IV.   DEADLINES FOR DISSEMINATION OF NOTICE

The Court hereby adopts Plaintiff's proposed schedule for the dissemination of class notice. Relevant dates pertaining to the dissemination of notice are as follows:

| | |
|---|---|
| Defendants to provide a list of names and last known mailing addresses and telephone numbers of class members to Class Counsel and Notice Administrator | 14 days following entry of this Order |
| Notice Administrator to mail all notices to class members | 21 days following entry of this Order |
| Deadline for class members to return exclusion forms to the Notice Administrator ("Opt-Out Deadline") | 60 days after mailing of Class Notice |

| | |
|---|---|
| Notice Administrator to provide list of all class members who did not opt out to class counsel | 75 days after mailing of Class Notice |

## V. CONCLUSION

As set forth above, Plaintiffs' Motion for Approval of Class Notice Plan and Appointment of Class Notice Administrator is hereby GRANTED. (ECF No. 168.)

IT IS SO ORDERED.

DATED: November 29, 2020

                                              Troy L. Nunley
                                              United States District Judge