S. BRETT SUTTON 143107
JARED HAGUE 251517
BRADY BRIGGS 310934
SUTTON HAGUE LAW CORPORATION
6715 N. Palm Avenue, Suite 216
Fresno, California 93704
Telephone: (559) 449-1888
Facsimile: (559) 449-0177

Attorneys for Plaintiffs:
Angela Cruz, Maria Madrigal,
Lourdes Baiz, and Christie Goodman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE GOODMAN, individuals, residing in California,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MM879, INC., a corporation; BARRETT BUSINESS SERVICES, INC., a corporation; THE SERVICEMASTER COMPANY LLC, a limited liability company; MERRY MAIDS LP, a limited partnership; MM MAIDS LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01563-TLN-EPG<br><br>Judge: Hon. Troy L. Nunley<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE CLASS NOTICE ADMINISTRATION TIMELINE; ORDER**<br><br>Action Filed: April 6, 2011<br><br>Trial: TBD |

4

JOINT STIPULATION TO CONTINUE CLASS NOTICE ADMINISTRATION TIMELINE

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA 93704

1  Plaintiffs ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE
2  GOODMAN (collectively "PLAINTIFFS"), by and through their counsel of record, and
3  Defendant MM879, INC. ("DEFENDANT"), by and through its counsel of record, hereby
4  stipulate and agree as follows:

## RECITALS AND JOINT STIPULATION

6  WHEREAS, on November 25, 2020, the Court entered an order (ECF No. 191) denying
7  PLAINTIFFS' Motion for Reconsideration, thereby dismissing from the case Defendants THE
8  SERVICEMASTER COMPANY LLC, MERRY MAIDS LP, and MM MAIDS LLC;

9  WHEREAS, on November 30, 2020, the Court entered an order (ECF No. 192) granting
10 Defendant BARRETT BUSINESS SERVICES, INC.'s Motion for Summary Judgment, thereby
11 dismissing from the case Defendant BARRETT BUSINESS SERVICES, INC.;

12 WHEREAS, on November 30, 2020, the Court entered an order (ECF No. 193) granting
13 PLAINTIFFS' Motion for Approval of Class Notice Plan, thereby establishing a timeline for the
14 administration of the class notice;

15 WHEREAS, counsel for PLAINTIFFS and DEFENDANT have met and conferred in
16 good faith and agree that it is in the interests of efficiency, preservation of resources, and judicial
17 economy to briefly postpone the class notice process, to allow the Parties to assess the impact of
18 the Court's recent dismissal of several Defendants, and to explore potential resolutions to this
19 matter as well as all other options for moving case forward;

20 NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and
21 between PLAINTIFFS and DEFENDANT through their respective counsel, that the timeline for
22 administration of the class notice be continued for a period of approximately two months and
23 amended as follows:

| | |
|---|---|
| DEFENDANT to provide Class List to Class Counsel and Notice Administrator | February 15, 2021 |
| Notice Administrator to mail all notices to class members | February 22, 2021 |
| Class Member Opt-Out Deadline | 60 days after mailing of Class Notice |

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA 93704

| Notice Administrator to provide list of all class members who did not opt out to class counsel | 75 days after mailing of Class Notice |
|---|---|

DATED: December 14, 2020

          /s/ S. Brett Sutton
S. BRETT SUTTON
SUTTON HAGUE LAW CORPORATION
Attorneys for Plaintiffs
ANGELA CRUZ, MARIA MADRIGAL,
LOURDES BAIZ, and CHRISTIE GOODMAN

DATED: December 14, 2020

          /s/ Steven R. Wainess
STEVEN R. WAINESS
RAIMONDO & ASSOCIATES
Attorneys for Defendant
MM879, INC.

JOINT STIPULATION TO CONTINUE CLASS NOTICE ADMINISTRATION TIMELINE

**ORDER**

IT IS HEREBY ORDERED, pursuant to stipulation of the Parties, and for Good Cause appearing, that the timeline for administration of the class notice established in this Court's Order of November 30, 2020, ECF No. 193, is hereby amended as follows:

| | |
|---|---|
| DEFENDANT to provide Class List to Class Counsel and Notice Administrator | Continued to February 15, 2021 |
| Notice Administrator to mail all notices to class members | Continued to February 22, 2021 |
| Class Member Opt-Out Deadline | 60 days after mailing of Class Notice |
| Notice Administrator to provide list of all class members who did not opt out to class counsel | 75 days after mailing of Class Notice |

IT IS SO ORDERED.

DATED: December 14, 2020

_____
Troy L. Nunley
United States District Judge

JOINT STIPULATION TO CONTINUE CLASS NOTICE ADMINISTRATION TIMELINE