**S. BRETT SUTTON 143107**
**JARED HAGUE 251517**
**BRADY BRIGGS 310934**
**SUTTON HAGUE LAW CORPORATION**
6715 N. Palm Avenue, Suite 216
Fresno, California  93704
Telephone: (559) 449-1888
Facsimile: (559) 449-0177

Attorneys for Plaintiffs:
Angela Cruz, Maria Madrigal,
Lourdes Baiz, and Christie Goodman

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE GOODMAN, individuals, residing in California, | Case No. 1:15-cv-01563-TLN-EPG |
| | Judge: Hon. Troy L. Nunley |
| Plaintiff, | **CLASS ACTION** |
| vs. | **JOINT STIPULATION TO STAY ADMINISTRATION OF CLASS NOTICE; ORDER** |
| MM879, INC., a corporation; BARRETT BUSINESS SERVICES, INC., a corporation; THE SERVICEMASTER COMPANY LLC, a limited liability company; MERRY MAIDS LP, a limited partnership; MM MAIDS LLC, a limited liability company; and DOES 1 through 100, inclusive, | Action Filed:  April 6, 2011 |
| | Trial:  TBD |
| Defendants. | |

Plaintiffs ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE GOODMAN (collectively "PLAINTIFFS"), by and through their counsel of record, and Defendant MM879, INC. ("DEFENDANT") (hereinafter collectively "the Parties"), by and through its counsel of record, hereby stipulate and agree as follows:

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA  93704

1

## **RECITALS AND JOINT STIPULATION**

WHEREAS, on November 25, 2020, the Court entered an order (ECF No. 191) denying PLAINTIFFS' Motion for Reconsideration, thereby dismissing from the case Defendants THE SERVICEMASTER COMPANY LLC, MERRY MAIDS LP, and MM MAIDS LLC;

WHEREAS, on November 30, 2020, the Court entered an order (ECF No. 192) granting Defendant BARRETT BUSINESS SERVICES, INC.'s Motion for Summary Judgment, thereby dismissing from the case Defendant BARRETT BUSINESS SERVICES, INC.;

WHEREAS, on November 30, 2020, the Court entered an order (ECF No. 193) granting PLAINTIFFS' Motion for Approval of Class Notice Plan, thereby establishing a timeline for the administration of the class notice;

WHEREAS, on December 14, 2020, the Court entered an order (ECF No. 195) granting a stipulation of the Parties (ECF NO. 194) to continue the class notice administration timeline, in order to allow the Parties to assess the impact of the Court's recent dismissal of several Defendants, and to explore potential resolutions to this matter as well as all other options for moving case forward;

WHEREAS, on February 5, 2021, PLAINTIFFS filed a motion for entry of final judgment (ECF No. 196) as to the Court's summary judgments in favor of Defendants THE SERVICEMASTER COMPANY LLC, MERRY MAIDS LP, MM MAIDS LLC, and BARRETT BUSINESS SERVICES, INC., to allow an immediate appeal of the summary judgment orders, and to stay proceedings pending the resolution of such appeal;

WHEREAS, counsel for PLAINTIFFS and DEFENDANT have met and conferred in good faith and agree that it is in the interests of efficiency, preservation of resources, and judicial economy to stay administration of the class notice pending the Court's ruling on PLAINTIFFS' motion for entry of judgment, due to the stay request in that motion, as well as the possibility that an immediate appeal would follow the motion (if granted), and any reversal of the summary judgment orders would necessitate the mailing of a supplemental class notice bearing the names of any previously-dismissed Defendants who were brought back into the case by virtue of a successful appeal;

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA  93704

2

JOINT STIPULATION TO STAY ADMINISTRATION OF CLASS NOTICE

NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and between PLAINTIFFS and DEFENDANT through their respective counsel, that administration of the class notice be STAYED pending the Court's ruling on PLAINTIFFS' motion for entry of judgment (ECF No. 196). If the Court grants PLAINTIFFS' motion, in whole or in part, the stay should remain in effect pending any appeal of the final judgment entered by the Court. If the Court denies PLAINTIFFS' motion, the following timeline for administration of the class notice should be adopted:

| | |
|---|---|
| DEFENDANT to provide Class List to Class Counsel and Notice Administrator | 14 days following entry of the Court's order denying the motion (ECF No. 196) |
| Notice Administrator to mail all notices to class members | 21 days following entry of the Court's order denying the motion (ECF No. 196) |
| Class Member Opt-Out Deadline | 60 days after mailing of Class Notice |
| Notice Administrator to provide list of all class members who did not opt out to class counsel | 75 days after mailing of Class Notice |

DATED:  February 18, 2021

/s/ S. Brett Sutton
S. BRETT SUTTON
SUTTON HAGUE LAW CORPORATION
Attorneys for Plaintiffs
ANGELA CRUZ, MARIA MADRIGAL,
LOURDES BAIZ, and CHRISTIE GOODMAN

DATED:  February 18, 2021

/s/ Steven R. Wainess
STEVEN R. WAINESS
RAIMONDO & ASSOCIATES
Attorneys for Defendant
MM879, INC.

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA  93704

3

JOINT STIPULATION TO STAY ADMINISTRATION OF CLASS NOTICE

**ORDER**

IT IS HEREBY ORDERED, pursuant to stipulation of the Parties, and for Good Cause appearing, that:

1.      Administration of the class notice is HEREBY STAYED pending entry of the Court's order resolving PLAINTIFFS' motion for entry of judgment (ECF No. 196);

2.      In the event that the Court grants PLAINTIFFS' motion for entry of judgment (ECF No. 196), in whole or in part, the stay of class notice administration shall remain in effect pending the resolution of any appeal of the final judgment entered by the Court;

3.      In the event that the Court denies PLAINTIFFS' motion for entry of judgment (ECF No. 196), the following timeline for administration of the class notice shall be followed:

| | |
|---|---|
| DEFENDANT to provide Class List to Class Counsel and Notice Administrator | 14 days following entry of the Court's order denying the motion (ECF No. 196) |
| Notice Administrator to mail all notices to class members | 21 days following entry of the Court's order denying the motion (ECF No. 196) |
| Class Member Opt-Out Deadline | 60 days after mailing of Class Notice |
| Notice Administrator to provide list of all class members who did not opt out to class counsel | 75 days after mailing of Class Notice |

IT IS SO ORDERED.

DATED:  February 18, 2021

_____
Troy L. Nunley
United States District Judge

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA  93704