UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA CRUZ, et al., | No. 1:15-cv-01563-TLN-EPG |
| Plaintiffs, | |
| v. | **ORDER** |
| MM 879, INC., et al., | |
| Defendants. | |

The Court has read and considered Plaintiffs Angela Cruz, Maria Madrigal, Lourdes Baiz, and Christine Goodman's (collectively, "Plaintiffs") Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure ("Rule") 54(b) and for a Stay of Proceedings Pending Appeal. (ECF No. 196.) Defendants ServiceMaster Company, LLC ("ServiceMaster"), Merry Maids, LP ("Merry Maids"), and MM Maids, LLC ("MM Maids") (collectively, "Defendants") filed a statement of non-opposition. (ECF No. 199.)

The Court previously granted summary judgment in favor of Defendants Barrett Business Services, Inc. ("BBSI"), ServiceMaster, Merry Maids, and MM Maids and dismissed those Defendants from the instant action. (*See* ECF Nos. 162, 182, 191, 192.) The only remaining Defendant is MM 879, Inc. ("MM 879"). Plaintiffs now move the Court to enter final judgment as to its prior orders pursuant to Rule 54(b) and indicate their intent to file an immediate appeal once judgment is entered. (*See generally* ECF No. 196-1.)

Good cause appearing and noting no opposition, the Court hereby GRANTS Plaintiffs' motion. (ECF No. 196.) As set forth in this Court's prior orders (ECF Nos. 162, 182, 191, 192), the Court GRANTS Defendants' respective motions for summary judgment and DISMISSES BBSI, ServiceMaster, Merry Maids, and MM Maids from the action. There being no just reason for delay, this Judgment shall be final pursuant to Rule 54(b). Moreover, this action is hereby STAYED pending the resolution of Plaintiffs' forthcoming appeal.

IT IS SO ORDERED.

DATED: May 17, 2021

Troy L. Nunley
United States District Judge