**S. BRETT SUTTON 143107**
**JARED HAGUE 251517**
**BRADY BRIGGS 310934**
**SUTTON HAGUE LAW CORPORATION**
5200 N. Palm Avenue, Suite 203
Fresno, California  93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

Class Counsel and Attorneys for Plaintiffs:
Angela Cruz, Maria Madrigal, Lourdes Baiz, and Christie Goodman

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE GOODMAN, individuals, residing in California,<br><br>        Plaintiff,<br><br>vs.<br><br>MM879, INC., a corporation; BARRETT BUSINESS SERVICES, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 1:15-cv-01563-TLN-EPG<br><br>Judge: Hon. Troy L. Nunley<br><br>**CLASS ACTION**<br><br>**STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER**<br><br>Action Filed:  April 6, 2011<br><br>Trial:  TBD |

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA 93704

1

STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER

1  Plaintiffs ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE
2  GOODMAN ("Plaintiffs"), and Defendants MM879, INC. and BARRETT BUSINESS
3  SERVICES, INC. ("Defendants") (hereinafter collectively "the Parties"), by and through their
4  counsel of record, hereby stipulate and agree as follows:

**RECITALS AND JOINT STIPULATION**

WHEREAS, on August 8, 2022, the Court issued a Pretrial Scheduling Order (ECF No. 209), setting a deadline for the completion of nonexpert discovery on June 30, 2023;

WHEREAS, on June 28, 2023, the Court granted Plaintiffs' motion to modify the Pretrial Scheduling Order, thereby extending the nonexpert discovery deadline to September 30, 2023 (ECF No. 224);

WHEREAS, since the Court's order modifying the Pretrial Scheduling Order (ECF No. 224), the Parties have acted diligently to litigate and prepare this case for trial in an efficient and expeditious manner; additionally, Fisher & Phillips, LLP associated in as new counsel for BBSI on September 11, 2023 and needs additional time to familiarize itself with the record, especially given the longevity of this case, so it can appropriately address any outstanding discovery issues, as discussed herein, before the nonexpert discovery deadline;

WHEREAS, on July 25, 2023, the class notice administrator provided a final list of Class Members to Plaintiffs' counsel, which included the names and contact information of all Class Members who did not submit requests for exclusion following mailing of the class notice;

WHEREAS, upon receipt of the Class List, Plaintiffs' counsel promptly undertook the work of comparing the Class List to the Class Member time and payroll records previously produced by MM 879, Inc., in order to identify potential gaps in those records;

WHEREAS, having identified apparent gaps in the Class Member time and payroll records, Plaintiffs' counsel served Requests for Production of Documents on MM 879, Inc. and Barrett Business Services, Inc., on July 27, 2023;

WHEREAS, on August 28, 2023, Barrett Business Services, Inc. produced responses to Plaintiffs' Request for Production of Documents;

///

WHEREAS, on August 29, 2023, Plaintiffs' counsel met and conferred telephonically with counsel for Barrett Business Services regarding its discovery responses and the Class Member payroll data production and the Parties are continuing to meet and confer to assure all responsive documents that exist have been produced;

WHEREAS, on August 31, 2023, counsel for Barrett Business Services noticed the depositions of Plaintiffs Angela Cruz, Maria Madrigal, Lourdes Baiz, and Christie Goodman, who have not previously been deposed in this Action;

WHEREAS, on September 1, 2023, MM 879 produced responses to the Request for Production of Documents Plaintiffs served on July 27;

WHEREAS, on September 5, 2023, Barrett Business Services produced a supplemental responses;

WHEREAS, on the afternoon of September 7, 2023, Plaintiffs' counsel received notice via email that the law firm of Fisher & Phillips LLP would be associating into the case as new counsel for Barrett Business Services, and would be scheduling and taking the previously-noticed depositions of Plaintiffs; WHEREAS, on September 8, 2023, Plaintiffs' counsel responded to the email from Barrett's new attorneys, and offered to schedule Plaintiffs' depositions for September 26 & 27;

WHEREAS, on September 8, 2023, counsel for Barrett agreed to conduct Plaintiffs' depositions on September 26 & 27, and served amended deposition notices reflecting those dates;

WHEREAS, on September 11, 2023, Fisher & Phillips LLP filed and served a Notice of Association of Counsel as new counsel for Barrett Business Services with the Court;

WHEREAS, on September 12, 2023, Plaintiff's counsel sent a further meet and confer communication to counsel for Barrett regarding the supplemental production; ;

WHEREAS, on September 12, 2023, Plaintiffs' counsel served a notice of Rule 30(b)(6) deposition of Barrett Business Services, setting the deposition to take place on September 28, 2023, for the purpose of ensuring that all pertinent documents produced by Barrett, including the spreadsheet compilations of Class Member payroll data, will be admissible at trial;

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA 93704

3

STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER

WHEREAS, on September 12, 2023, counsel for Barrett sent an email to Plaintiffs' counsel further meeting and conferring regarding its supplemental responses, and also advising that Barrett is interested in exploring a stipulation regarding the admissibility of documents in order to obviate the need for the noticed Rule 30(b)(6) deposition;

WHEREAS, in addition to the ongoing discovery efforts of the Parties at the time of filing this stipulation, the Parties are also currently engaged in discussions regarding the potential for settlement, including the possibility of private mediation;

WHEREAS, Plaintiffs and Defendant BBSI agree, that if this Court denies the Parties request to continue the nonexpert discovery deadline pursuant to this Joint Stipulation and/or has insufficient time to issue a ruling before the current nonexpert discovery deadline, they agree to extend the nonexpert discovery deadline to October 31, 2023 and will not object to the admissibility of evidence due to it being sought after the current nonexpert discovery deadline of September 30, 2023, but before October 31, 2023;

WHEREAS, at the time of filing this stipulation: (1) all Parties have acted and continue to act diligently and cooperatively to facilitate all necessary discovery in a prompt and efficient manner; (2) Fisher & Phillips, LLP recently associated in as new counsel for BBSI on September 11, 2023 and needs additional time to familiarize itself with the record; (3) there are five depositions noticed to take place during the week of September 25, which is the final week of nonexpert discovery under the Court's current Pretrial Scheduling Order; (4) the Parties are uncertain whether it will be possible to complete all five depositions in the time allotted for them, and are uncertain whether any follow-up or other additional discovery will be needed after those depositions are completed; (5) meet and confer efforts are ongoing regarding the production of complete Class Member timekeeping and payroll records, and it is unknown how much additional time will be needed to ensure that all such records are duly accounted for and produced; (6) the Parties are discussing potential options for approaching settlement, including the possibility of mediation; and (7) no trial date has been set for this case;

/ / /

/ / /

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA  93704

4

STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER

WHEREAS, counsel for Plaintiffs and Defendants have met and conferred in good faith and agree that good cause exists for a further extension of the nonexpert discovery deadline to allow all Parties to continue to meet and confer and complete all necessary discovery for trial;

WHEREAS, the Parties agree that no Party will be prejudiced by the deadline extension requested herein;

NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and between Plaintiffs and Defendants through their respective counsel, that the Court modify the Pretrial Scheduling Order by extending the deadline for the completion of nonexpert discovery from September 30, 2023, to March 31, 2024.

DATED:  September 21, 2023          SUTTON HAGUE LAW CORPORATION

                                    /s/
                                    BRADY BRIGGS
                                    Class Counsel and Attorneys for Plaintiffs
                                    ANGELA CRUZ, MARIA MADRIGAL,
                                    LOURDES BAIZ, and CHRISTIE GOODMAN

DATED:  September 21, 2023          RAIMONDO | MILLER

                                    /s/
                                    JAMES MILLER
                                    Attorneys for MM879, INC.

DATED:  September 21, 2023          FISHER & PHILLIPS, LLP

                                    /s/
                                    LAUREN ROSEMAN
                                    Attorneys for Barrett Business Services, Inc.

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA  93704

5

STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER

# ORDER

IT IS HEREBY ORDERED, pursuant to stipulation of the Parties, and for Good Cause appearing, that the Court's Pretrial Scheduling Order of August 8, 2022 (ECF No. 209) is hereby modified to provide that the deadline for completion of nonexpert discovery, in Section IV of the Scheduling Order, is extended from September 30, 2023, to March 31, 2024. All other dates and deadlines in the Scheduling Order which are calculated based on the date on which discovery is closed shall run from the extended deadline of March 31, 2024.

IT IS SO ORDERED.

DATED: September 21, 2023

_____
Troy L. Nunley
United States District Judge

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA 93704

4

STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER