WILLIAN O. STEIN (SBN 150124)
wstein@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, CA 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

BORIS SORSHER (SBN 251718)
bsorsher@fisherphillips.com
LAUREN ROSEMAN (SBN 316800)
lroseman@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendants, BARRETT BUSINESS SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, AND CHRISTIE GOODMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MM879, INC., a corporation; BARRETT BUSINESS SERVICES, INC., a corporation<br><br>Defendants. | CASE NO.:   1:15-cv-01563-TLN-EPG<br><br>*Assigned for all purposes to the Honorable Troy L. Nunley*<br><br>**STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER**<br><br>Complaint Filed: April 6, 2011<br>Removed:         October 14, 2015<br>Trial Date:         TBD |

Plaintiffs ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE GOODMAN ("Plaintiffs"), and Defendant BARRETT BUSINESS SERVICES, INC. ("Defendant") (hereinafter collectively "the Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**RECITALS AND JOINT STIPULATION**

WHEREAS, on August 8, 2022, the Court issued a Pretrial Scheduling Order (ECF No. 209), setting a deadline for the completion of nonexpert discovery on June 30, 2023;

WHEREAS, on June 28, 2023, the Court granted Plaintiffs' motion to modify the Pretrial Scheduling Order, thereby extending the nonexpert discovery deadline to September 30, 2023 (ECF No. 224);

WHEREAS, on September 11, 2023, Fisher & Phillips LLP filed and served a Notice of Association of Counsel as new counsel for Barrett Business Services with the Court;

WHEREAS, on September 21, 2023, the Court granted the Parties stipulation requesting to modify the Pretrial Scheduling Order, thereby extending the nonexpert discovery deadline to March 31, 2024, with all other dates and deadlines in the Scheduling Order to be calculated based on the March 31, 2024 extended deadline (ECF No. 227);

WHEREAS, since the Court's order modifying the Pretrial Scheduling Order (ECF No. 227), the Parties have acted diligently to litigate and prepare this case for trial in an efficient and expeditious manner;

WHEREAS, on February 13, 2024, Plaintiff filed a Motion for Summary Adjudication ("MSJ") (ECF No. 228) originally set for hearing on March 21, 2024; Defendant BBSI opposed Plaintiffs' motion on February 27, 2024 (ECF No. 229); the Court removed the hearing date from calendar and has not set a new date for the hearing at this time;

WHEREAS, on May 30, 2024, Plaintiffs filed Plaintiffs' Disclosure of Expert Witness;

WHEREAS, in addition to the ongoing discovery efforts of the Parties at the time of filing this stipulation, the Parties are also currently engaged in discussions regarding the potential for settlement, including the possibility of private mediation;

///

WHEREAS, the Parties seek that this Court continue the current supplemental expert designation discovery deadline of July 1, 2024, to July 31, 2024, and modify the current scheduling order to not require the accompanying written expert report per Fed. R. Civ. P. 26(a)(2)(B) to be due until 30 days thereafter, i.e., on or before August 30, 2024;

WHEREAS, Plaintiffs and Defendant BBSI agree, that if this Court denies the Parties' request to continue the supplemental expert discovery deadline pursuant to this Joint Stipulation and/or has insufficient time to issue a ruling before the current expert discovery deadlines, they agree to extend the supplemental expert discovery designation deadline to July 31, 2024, and will not object to the admissibility of evidence due to it being sought after the current supplemental expert discovery deadline of July 1, 2024, but before July 31, 2024, with the report not due until 30 days thereafter, i.e., on or before August 30, 2024;

WHEREAS, Plaintiffs and Defendant BBSI agree that no discovery, including expert depositions, will be conducted during the extension period contemplated by the stipulation, i.e., from July 1, 2024, through August 30, 2024;

WHEREAS, should the Parties solidify a date for mediation, the Parties agree to consider seeking to further continue the supplemental expert discovery deadlines, and to seek Court approval for any such continuance;

WHEREAS, at the time of filing this stipulation: (1) all Parties have acted and continue to act diligently and cooperatively to facilitate all necessary discovery in a prompt and efficient manner; (2) Fisher & Phillips, LLP recently associated in as new counsel for BBSI on September 11, 2023; (3) the Parties are discussing potential options for approaching settlement, including the possibility of mediation; (4) Plaintiffs' Motion for Summary Adjudication remains pending; and (5) no trial date has been set for this case;

WHEREAS, counsel for Plaintiffs and Defendant BBSI have met and conferred in good faith and agree that good cause exists for a further extension of the supplemental expert discovery deadline to allow all Parties to continue to meet and confer and mediate before trial;

WHEREAS, Plaintiffs and Defendant BBSI agree that no Party will be prejudiced by the deadline extension requested herein;

1    NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and
2 between Plaintiffs and Defendants through their respective counsel, that the Court modify the
3 Pretrial Scheduling Order by extending the deadline for the completion of supplemental expert
4 discovery from July 1, 2024, to July 31, 2024, and the accompanying written expert reports per
5 Fed. R. Civ. P. 26(a)(2)(B) shall not be due until 30 days thereafter, i.e., on or before August 30,
6 2024.

DATED: June 27, 2024                FISHER & PHILLIPS LLP

By:        */s/ LAUREN ROSEMAN*
WILLIAN O. STEIN
BORIS SORSHER
LAUREN ROSEMAN
Attorneys for Defendant
BARRETT BUSINESS SERVICES, INC.

DATED: June 27, 2024                SUTTON HAGUE LAW CORPROATION

By:        */s/ BRADY BRIGGS*
BRADY BRIGGS
Class Counsel and Attorneys for Plaintiffs ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE GOODMAN

**ORDER**

IT IS HEREBY ORDERED, pursuant to stipulation of the Parties, and for Good Cause appearing, that the Court's Pretrial Scheduling Order (ECF No. 227), by and between Plaintiffs and Defendant BBSI through their respective counsel, that the Court modify the Pretrial Scheduling Order by extending the deadline for the completion of supplemental expert discovery from July 1, 2024, to July 31, 2024, and the accompanying written expert reports per Fed. R. Civ. P. 26(a)(2)(B) shall not be due until 30 days thereafter, i.e., on or before August 30, 2024.

IT IS SO ORDERED.

DATED:  June 28, 2024

Troy L. Nunley
United States District Judge