1  WILLIAN O. STEIN (SBN 150124)
   wstein@fisherphillips.com
2  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
3  Los Angeles, CA 90071
   Telephone: (213) 330-4500
4  Facsimile: (213) 330-4501

5  BORIS SORSHER (SBN 251718)
   bsorsher@fisherphillips.com
6  LAUREN ROSEMAN (SBN 316800)
   lroseman@fisherphillips.com
7  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
8  Irvine, CA 92614
   Telephone: (949) 851-2424
9  Facsimile: (949) 851-0152

10 Attorneys for Defendants, BARRETT BUSINESS SERVICES, INC.

11

12                     **UNITED STATES DISTRICT COURT**

13                     **EASTERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, AND CHRISTIE GOODMAN, individually and on behalf of all others similarly situated, | CASE NO.:   1:15-cv-01563-TLN-EPG |
| | *Assigned for all purposes to the Honorable Troy L. Nunley* |
| Plaintiffs, | **STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER** |
| v. | |
| MM879, INC., a corporation; BARRETT BUSINESS SERVICES, INC., a corporation | |
| Defendants. | Complaint Filed: April 6, 2011<br>Removed:        October 14, 2015<br>Trial Date:       TBD |

STIPULATION AND JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; ORDER
FP 51728160.1

Plaintiffs ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE GOODMAN ("Plaintiffs"), and Defendant BARRETT BUSINESS SERVICES, INC. ("Defendant") (hereinafter collectively "the Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

## RECITALS AND JOINT STIPULATION

WHEREAS, on August 8, 2022, the Court issued a Pretrial Scheduling Order (ECF No. 209), setting a deadline for the completion of nonexpert discovery on June 30, 2023;

WHEREAS, on June 28, 2023, the Court granted Plaintiffs' motion to modify the Pretrial Scheduling Order, thereby extending the nonexpert discovery deadline to September 30, 2023 (ECF No. 224);

WHEREAS, on September 11, 2023, Fisher & Phillips LLP filed and served a Notice of Association of Counsel as new counsel for Barrett Business Services with the Court;

WHEREAS, on September 21, 2023, the Court granted the Parties stipulation requesting to modify the Pretrial Scheduling Order, thereby extending the nonexpert discovery deadline to March 31, 2024, with all other dates and deadlines in the Scheduling Order to be calculated based on the March 31, 2024 extended deadline (ECF No. 227);

WHEREAS, since the Court's order modifying the Pretrial Scheduling Order (ECF No. 227), the Parties have acted diligently to litigate and prepare this case for trial in an efficient and expeditious manner;

WHEREAS, on February 13, 2024, Plaintiff filed a Motion for Summary Adjudication ("MSJ") (ECF No. 228) originally set for hearing on March 21, 2024; Defendant BBSI opposed Plaintiffs' motion on February 27, 2024 (ECF No. 229); the Court removed the hearing date from calendar and has not set a new date for the hearing at this time;

WHEREAS, on May 30, 2024, Plaintiffs filed Plaintiffs' Disclosure of Expert Witness;

WHEREAS, on July 1, 2024, the Parties stipulated to continue the supplemental expert designation discovery deadline of July 1, 2024, to July 31, 2024, and modify the scheduling order to not require the accompanying written expert report per Fed. R. Civ. P. 26(a)(2)(B) to be due until 30 days thereafter, i.e., on or before August 30, 2024 (ECF No. 239);

1    WHEREAS, the Court approved the Parties' above referenced stipulation on June 28, 2024
2    (ECF No. 240).
3    WHEREAS, in addition to the ongoing discovery efforts of the Parties at the time of
4    filing this stipulation, the Parties have agreed to private mediation with Abe Melamed, Esq. of
5    Signature Resolution on November 21, 2024;
6    WHEREAS, this Stipulation and the deadline extensions agreed to herein are premised
7    entirely upon the Parties' agreement to attend mediation, and each Party expressly relies on the
8    opposing Parties' commitment to participate in mediation in good faith on November 21, 2024;
9    WHEREAS, the Parties seek that this Court continue the current supplemental expert
10   designation discovery deadline of July 31, 2024, to approximately sixty-days after the mediation,
11   to January 21, 2025, and modify the current scheduling order to not require the accompanying
12   written expert report per Fed. R. Civ. P. 26(a)(2)(B) to be due until 30 days thereafter, i.e., on or
13   before February 20, 2025;
14   WHEREAS, Plaintiffs and Defendant BBSI agree, that if this Court denies the Parties'
15   request to continue the supplemental expert discovery deadline pursuant to this Joint Stipulation
16   and/or has insufficient time to issue a ruling before the current expert discovery deadlines, they
17   agree to extend the supplemental expert discovery designation deadline to January 21, 2025, and
18   will not object to the admissibility of evidence due to it being sought after the current supplemental
19   expert discovery deadline of July 31, 2024, but before January 21, 2025, with the report not due
20   until 30 days thereafter, i.e., on or before February 20, 2025;
21   WHEREAS, Plaintiffs and Defendant BBSI agree that no discovery, including expert
22   depositions, will be conducted during the extension period contemplated by the stipulation, i.e.,
23   from July 31, 2024, through February 20, 2025;
24   WHEREAS, at the time of filing this stipulation: (1) all Parties have acted and continue
25   to act diligently and cooperatively to facilitate all necessary discovery in a prompt and efficient
26   manner; (2) Fisher & Phillips, LLP recently associated in as new counsel for BBSI on September
27   11, 2023; (3) the Parties have agreed to mediation with Abe Melamed, Esq. of Signature
28   Resolution on November 21, 2024; (4) Plaintiffs' Motion for Summary Adjudication remains

1  pending; and (5) no trial date has been set for this case;

2      WHEREAS, counsel for Plaintiffs and Defendant BBSI have met and conferred in good

3  faith and agree that good cause exists for a further extension of the supplemental expert discovery

4  deadline to allow all Parties to continue to meet and confer and mediate before trial;

5      WHEREAS, Plaintiffs and Defendant BBSI agree that no Party will be prejudiced by the

6  deadline extension requested herein;

7      NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and

8  between Plaintiffs and Defendants through their respective counsel, that the Court modify the

9  Pretrial Scheduling Order by extending the deadline for the completion of supplemental expert

10 discovery from July 31, 2024, to January 21, 2025, and the accompanying written expert reports

11 per Fed. R. Civ. P. 26(a)(2)(B) shall not be due until 30 days thereafter, i.e., on or before February

12 20, 2025.

14 DATED: July 31, 2024                FISHER & PHILLIPS LLP

16                                     By: */s/ Lauren Roseman*
                                       WILLIAN O. STEIN
                                       BORIS SORSHER
                                       LAUREN ROSEMAN
                                       Attorneys for Defendant
                                       BARRETT BUSINESS SERVICES, INC.

21 DATED: July 31, 2024                SUTTON HAGUE LAW CORPROATION

22                                     */s/ Brady Briggs*

23                                     By: BRADY BRIGGS
                                       Class Counsel and Attorneys for Plaintiffs ANGELA
                                       CRUZ, MARIA MADRIGAL, LOURDES BAIZ,
                                       and CHRISTIE GOODMAN

|    |                                                                                       |
|----|---------------------------------------------------------------------------------------|
| 1  | **ORDER**                                                                             |
| 2  | IT IS HEREBY ORDERED, pursuant to stipulation of the Parties, and for Good Cause      |
| 3  | appearing, that the Court's Pretrial Scheduling Order (ECF No. 227), by and between Plaintiffs |
| 4  | and Defendant BBSI through their respective counsel, that the Court modify the Pretrial |
| 5  | Scheduling Order by extending the deadline for the completion of supplemental expert discovery |
| 6  | from July 31, 2024, to approximately 60 days after the Parties' scheduled mediation with Abe |
| 7  | Melamed on November 21, 2024, to January 21, 2025, and the accompanying written expert |
| 8  | reports per Fed. R. Civ. P. 26(a)(2)(B) shall not be due until 30 days thereafter, i.e., on or before |
| 9  | February 20, 2025.                                                                    |

IT IS SO ORDERED.

DATED: August 1, 2024

_____
Troy L. Nunley
United States District Judge