**S. BRETT SUTTON 143107**
**JARED HAGUE 251517**
**BRADY BRIGGS 310934**
**SUTTON HAGUE LAW CORPORATION**
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

Class Counsel and Attorneys for Plaintiffs:
Angela Cruz, Maria Madrigal, Lourdes Baiz, and Christie Goodman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE GOODMAN, individuals, residing in California,<br><br>Plaintiff,<br><br>vs.<br><br>MM879, INC., a corporation; BARRETT BUSINESS SERVICES, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:15-cv-01563-TLN-EPG<br><br>Judge: Hon. Troy L. Nunley<br><br>**CLASS ACTION**<br><br>**STIPULATION AND JOINT REQUEST TO HOLD MOTION FOR SUMMARY ADJUDICATION (ECF No. 228) IN ABEYANCE; ORDER**<br><br>Action Filed: April 6, 2011<br><br>Trial: TBD |

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA 93704

1

STIPULATION AND JOINT REQUEST TO HOLD MOTION FOR SUMMARY ADJUDICATION IN ABEYANCE; ORDER

Plaintiffs ANGELA CRUZ, MARIA MADRIGAL, LOURDES BAIZ, and CHRISTIE GOODMAN ("Plaintiffs"), and Defendant BARRETT BUSINESS SERVICES, INC. ("Defendant") (hereinafter collectively "the Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

## RECITALS AND JOINT STIPULATION

WHEREAS, on February 13, 2024, Plaintiffs filed a Motion for Summary Adjudication (ECF No. 228);

WHEREAS, on November 21, 2024, the Parties engaged in private mediation with the assistance of mediator Abe Melamed, Esq.;

WHEREAS, although no settlement was reached at mediation, the Parties have continued to engage in settlement discussions since that time, and are currently making progress towards a potential resolution;

WHEREAS, as of the date of this Stipulation, the Court has not issued a ruling on Plaintiffs' Motion for Summary Adjudication (ECF No. 228);

WHEREAS, in order to preserve judicial resources and maintain the status quo while settlement discussions are ongoing, the Parties agree Plaintiffs' pending Motion (ECF No. 228) should be temporarily held in abeyance;

NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by and between Plaintiffs and Defendant through their respective counsel, that the Court hold Plaintiffs' Motion for Summary Adjudication (ECF No. 228) in abeyance, and refrain from issuing a ruling on such Motion, for a period of 60 days from the date of this Stipulation.

DATED: January 10, 2025        SUTTON HAGUE LAW CORPORATION

                                                 /s/
                                  BRADY BRIGGS
                                  Class Counsel and Attorneys for Plaintiffs
                                  ANGELA CRUZ, MARIA MADRIGAL,
                                  LOURDES BAIZ, and CHRISTIE GOODMAN

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA  93704

2

STIPULATION AND JOINT REQUEST TO HOLD MOTION FOR SUMMARY ADJUDICATION IN ABEYANCE; ORDER

1 | DATED:  January 10, 2025            FISHER & PHILLIPS, LLP

3                                       _____/s/_____
                                        BORIS SORCHER
4                                       LAUREN ROSEMAN
                                        Attorneys for Barrett Business Services, Inc.

Sutton Hague
Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA  93704

4
STIPULATION AND JOINT REQUEST TO HOLD MOTION FOR SUMMARY ADJUDICATION IN ABEYANCE; ORDER

**ORDER**

IT IS HEREBY ORDERED, pursuant to stipulation of the Parties, and for Good Cause appearing, that Plaintiffs' Motion for Summary Adjudication (ECF No. 228) shall be held in abeyance, and no ruling shall issue on such Motion, for a period of 60 days from the date of this Order.

IT IS SO ORDERED.

DATED: January 10, 2025

_____
Troy L. Nunley
Chief United States District Judge